**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:06CR123 JCH |
| | ) |
| FRANCISCO FIERRO-CANABRIAL, | ) |
| | ) |
|       Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that John Stobbs, 307 Henry Street, Alton, IL 62002, (618) 462-8484, is appointed to represent Defendant Francisco Fierro-Canabrial in this cause of action.

**IT IS FURTHER ORDERED** that upon request the United States District Court Clerk's Office is directed to provide Defendant's newly appointed counsel any documents deemed necessary in preparation for the jury trial on **June 12, 2006**.

Dated this 3rd day of May, 2006.


_____\s\\_\_Jean C. Hamilton_____
UNITED STATES DISTRICT JUDGE